

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Texas Commission on Environmental Quality and The City of Dripping Springs, | § | No. 08-20-00239-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 345th District Court |
| v. | § | of Travis County, Texas |
| Save Our Springs Alliance, Inc., | | |
| | § | (TC# D-1-GN-19-003030) |
| Appellee. | | |
| | § | |

# **O R D E R**

The Court on its own motion, VACATES the June 30, 2021 submission setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 9th day of June, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.